

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2016

No. 04-16-00123-CV

Roberto Carlos **MENDIVES**, Sr.,
Appellant

v.

Angela Rose **MENDIVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI00877
Honorable Karen Crouch, Judge Presiding

## O R D E R

On March 24, 2016, we ordered Appellant to provide written proof to this court by April 4, 2016, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. Appellant filed written proof on April 8, 2016, and the reporter's record has been filed. Our March 24, 2016 order is satisfied.

Appellant's brief is due on May 9, 2016. *See* TEX. R. APP. P. 38.6(a).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2016.

Keith E. Hottle
Clerk of Court